

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| ERIC FLORES., | § | No. 08-19-00232-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110D01621) |

## <u>MEMORANDUM OPINION</u>

Eric Flores, pro se, has filed a document that we construe to be a notice of appeal relating to *State of Texas v. Eric Flores*, Cause No. 20110D01621, arising out of the 120th District Court. We dismiss for want of jurisdiction.

On May 18, 2017, this Court previously issued an opinion affirming Flores' conviction in trial court cause number 20110D01621 arising out of the 120th District Court, and the Texas Court of Criminal Appeals refused his petition for discretionary review. *See Flores v. State*, No. 08-16-00025-CR, 2017 WL 2180705 (Tex.App.—El Paso May 18, 2017, pet. ref'd). Flores' conviction is thus final, and this Court does not have jurisdiction to entertain another appeal from the same case.

To the extent that Flores is requesting an out-of-time appeal,[1] only the Court of Criminal Appeals has jurisdiction to grant Appellant an out-of-time appeal of his felony convictions. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex.Crim.App. 1991)(explaining that writ of habeas corpus pursuant to Article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions).

Accordingly, this attempted appeal is dismissed.

October 4, 2019

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)

(Do Not Publish)

---

[1] The document Flores filed asks for leave to file an appeal from a judgment entered by this Court to the Texas Court of Criminal Appeals.

2